IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EVETTA COOPER,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 06-CV-2370 |
| **JO ANNE B. BARNHART,** | : | |
| **COMMISSIONER OF SOCIAL SECURITY** | :_____ |
| Defendant. | : | |

## ORDER

**AND NOW**, this _____ day of June, 2008, upon consideration of the Plaintiff's request for review of the decision of the Commissioner of Social Security denying her claim for disability insurance benefit and the Commissioner's response, and after careful review of the Report and Recommendation of United States Magistrate Timothy R. Rice and Petitioner's Objections, **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation dated January 18, 2008, is **APPROVED** and **ADOPTED**;

2. The Plaintiff's Request for Review is **DENIED**; and

3. Judgment in this matter is **ENTERED** in favor of **DEFENDANT**.

**BY THE COURT**:

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, U.S.D.J.**